K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND G. CHOY, et al.<br><br>    Defendants. | No. 1:11-CV-02158-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Raymond G. Choy and Lorraine J. Choy, Trustees of the Raymond G. Choy and Lorraine J. Choy Revocable Trust dated 8/6/07 and Abel Quintero dba Casa Quintero Mexican Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 15, 2012                            MOORE LAW FIRM, P.C.


                                               /s/Tanya E. Moore
                                               Tanya E. Moore
                                               Attorney for Plaintiff Ronald Moore

*Moore v. Choy, et al.*
Stipulation for Dismissal;  Order

Page 1

| | |
|---|---|
| Date: June 6, 2012 | /s/ Raymond G. Choy (original signature retained by attorney Tanya E. Moore) |
| | Raymond G. Choy |
| | Defendant in Propria Persona |

| | |
|---|---|
| Date: June 6, 2012 | /s/ Lorraine J. Choy (original signature retained by attorney Tanya E. Moore) |
| | Lorraine J. Choy |
| | Defendant in Propria Persona |

| | |
|---|---|
| Date: June 14, 2012 | LAW OFFICES OF EDWARD B. CHATOIAN |
| | /s/ Edward B. Chatoian |
| | Edward B. Chatoian |
| | Attorneys for Defendant Abel Quintero dba Casa Quintero Mexican Restaurant |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Choy, et al.*
Stipulation for Dismissal; Order

Page 2