1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                    )  No.  1:11-CV-02158-AWI-GSA
                                     )
12              Plaintiff,           )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION;  ORDER**
13          vs.                      )
                                     )
14                                   )
    RAYMOND G. CHOY, et al.          )
15                                   )
                                     )
16              Defendants.          )
                                     )
17  _____)

18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

19  Raymond G. Choy and Lorraine J. Choy, Trustees of the Raymond G. Choy and Lorraine J.

20  Choy Revocable Trust dated 8/6/07 and Abel Quintero dba Casa Quintero Mexican Restaurant,

21  the parties to this action, by and through their respective counsel, that pursuant to Federal Rule

22  of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

23  entirety.

24

25  Date: June 15, 2012              MOORE LAW FIRM, P.C.

26

27                                   /s/Tanya E. Moore_____
                                     Tanya E. Moore
28                                   Attorney for Plaintiff Ronald Moore


*Moore v. Choy, et al.*
Stipulation for Dismissal;  Order

Date: June 6, 2012                    /s/ Raymond G. Choy (original signature retained
                                      by attorney Tanya E. Moore)
                                      Raymond G. Choy
                                      Defendant in Propria Persona


Date: June 6, 2012                    /s/ Lorraine J. Choy (original signature retained by
                                      attorney Tanya E. Moore)
                                      Lorraine J. Choy
                                      Defendant in Propria Persona


Date: June 14, 2012                   LAW OFFICES OF EDWARD B. CHATOIAN


                                      /s/ Edward B. Chatoian
                                      Edward B. Chatoian
                                      Attorneys for Defendant Abel Quintero dba Casa
                                      Quintero Mexican Restaurant


### **ORDER**


        The parties having so stipulated,

        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.



IT IS SO ORDERED.

Dated:   June 15, 2012          _____
                                CHIEF UNITED STATES DISTRICT JUDGE